# THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NYONA R. DENT ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | Case No. 1:05MS00196 |
| ) | |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF LABOR, OFFICE OF ) | |
| INSPECTOR GENERAL ) | |
| ) | |
| Respondent. ) | |

## STATEMENT OF RESPONDENT UNITED STATES DEPARTMENT OF LABOR, OFFICE OF INSPECTOR GENERAL, REGARDING PLAINTIFF NYONA DENT'S CUSTOMER CHALLENGE

1.     The United States Department of Labor, Office of Inspector General, respectfully submits this Statement in regard to Plaintiff Nyona Dent's Sworn Statement Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978 ("RFPA"), 12 U.S.C.A. § 3410.

2.     The RFPA instructs the United States _not_ to file a response to the Plaintiff's Statement unless and until ordered to by this Court. The Customer Challenge provision of the RFPA specifies that the United States should only file a response if so ordered by the Court: "[i]f the court finds that the customer has complied with subsection (a) of this section, it shall order the Government authority to file a sworn response . . ." 12 U.S.C.A. § 3410(b).

3.     Accordingly, the United States has refrained from filing a Response at this time.

4.     Should the Court determine that "the customer has complied with subsection (a) of [section 3410]", _Id._, and order the United States to file a sworn response, the United States is

prepared to file that response.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

Date: _____

_____
MICHAEL F. HERTZ
MICHAEL GRANSTON
MICHAEL J. FRIEDMAN
Attorneys, Civil Division
U.S. Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6697

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 3rd day of June, 2005, a true and correct copy of the foregoing document was served by first-class mail, postage prepaid, and addressed to; by fax transmission to; by overnight delivery to; or by personally delivering to or leaving with a person in charge of the office as indicated below:

Service List:

Nyona Dent
1107 Southview Dr., Apt. 201
Oxon Hill, MD 20745-3413


Date: _____                                      _____
                                                                                 MICHAEL J. FRIEDMAN