UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NYONA R. DENT<br><br>　　　　Movant,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF LABOR, OFFICE OF INSPECTOR GENERAL<br><br>　　　　Respondent. | )<br>)<br>)<br>)<br>) Misc. Action No. 05-196 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Currently before the Court is the Movant's Motions for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978 ("RFPA") 12 U.S.C. § 3410, and the Movant's Sworn Statement in support thereof. Finding that the movant has complied with 12 U.S.C. § 3410(a), it is hereby this 3rd day of June, 2005

**ORDERED** that the respondent shall file a sworn response pursuant to 12 U.S.C. § 3410(b) by June 17, 2005.

**SO ORDERED** this day of 3rd day of June, 2005.

　　　　　　　　　　　　　　　　　　　　REGGIE B. WALTON
　　　　　　　　　　　　　　　　　　　　United States District Judge