| Subpoena | U.S. Department of Labor<br>Office of Inspector General |
|---|---|

To: Universal Underwriters Insurance Company

Attn: Corporate Legal

7045 College Boulevard

Overland Park, KS 66211

**GOVERNMENT EXHIBIT 1**

The Inspector General of the U.S. Department of Labor hereby commands you to appear before Special Agent Kelly Wardell, an official of the Office of Inspector General, at S-5014 200 Constitution Ave NW in the city of Washington and the state of DC on the 20th day of May at 10 o'clock AM of that day. You are hereby required to bring with you and produce at said time and place the following documents, reports, records, accounts, papers and other data and documentary evidence:

Please provide original or best available copies of any and all records relating to Nyona Dent DOB: ▮▮▮▮▮▮▮▮ for the period of January 2000 through the date of this subpoena.
The records should include, but are not limited to the following information:
1. Auto Loan application 2. Employment Verification 3. Earnings and Leave Statements
4. Lease/Rental Agreement 5. Payments scheduled/ Payments Made
6. Form of payments

which are necessary in the performance of the responsibility of the Inspector General under Public Law 95-452, (5 U.S.C. Appendix 3) to:

(i) conduct and supervise audits and investigations relating to the programs and operations of the Department of Labor;
(ii) recommend policies for the purpose of promoting economy, efficiency, and effectiveness in the administration of such programs and operations;
(iii) conduct activities to prevent and detect fraud and abuse in such programs and operations, and;
(iv) carry out the additional investigative responsibilities and authorities transferred to the Inspector General by P.L. 95-452, as they relate to labor-management relations, internal union affairs, and labor benefit plans.



The seal of the Department of Labor, Office of Inspector General is affixed hereto, and the undersigned hereby issues this subpoena this 20th day of April 2005.

_____
Deputy Inspector General