U.S. Department of Labor    Office of Inspector General
Washington, D.C. 20210

*GOVERNMENT EXHIBIT*

April 25, 2005

Universal Underwriters Insurance Company
7045 College Boulevard
Overland Park, KS 66211

To Whom It May Concern:

The Washington D.C. Regional Office of Labor Racketeering and Fraud Investigations, Office of Inspector General, United States Department of Labor is presently conducting an investigation concerning possible violations of Title 18, United States Code, Sections 1343 (Wire Fraud) and 42 U.S.C. § 408 (a)(7)(B) (Fraudulent use of social security numbers).

Attached is an Administrative Subpoena requesting specific documentation concerning Nyona Dent's automobile loan. In accordance with the Right to Financial Privacy Act of 1978 (12 U.S.C. §§ 3401-3422), Dent has been mailed a copy of the subpoena, a statement of customer rights, instructions for completing forms, a motion form, a sworn statement form, a customer certification of service form, and a customer authorization to release financial records.

We are requesting that you start to gather all appropriate records related to the subpoena and then forward them to me after we have contacted you again with the Certificate of Compliance with the Right to Financial Privacy Act of 1978.

If you need any further assistance, please don't hesitate to contact me at (202) 693-5222.

Sincerely,

*[signature]*

Kelly Wardell
Special Agent
Office of Labor Racketeering and Fraud Investigations

Enclosure

*Working for America's Workforce*

| Subpoena | U.S. Department of Labor |
|---|---|
| | Office of Inspector General |

To: Universal Underwriters Insurance Company

Attn: Corporate Legal

7045 College Boulevard

Overland Park, KS 66211

The Inspector General of the U.S. Department of Labor hereby commands you to appear before Special Agent Kelly Wardell, an official of the Office of Inspector General, at S-5014 200 Constitution Ave NW in the city of Washington and the state of DC on the 20th day of May at 10 o'clock AM of that day. You are hereby required to bring with you and produce at said time and place the following documents, reports, records, accounts, papers and other data and documentary evidence:

Please provide original or best available copies of any and all records relating to Nyona Dent DOB ███ SSN: ███ for the period of January 2000 through the date of this subpoena. The records should include, but are not limited to the following information:
1. Auto Loan application 2. Employment Verification 3. Earnings and Leave Statements
4. Lease/Rental Agreement 5. Payments scheduled/ Payments Made
6. Form of payments

which are necessary in the performance of the responsibility of the Inspector General under Public Law 95-452, (5 U.S.C. Appendix 3) to:

(i) conduct and supervise audits and investigations relating to the programs and operations of the Department of Labor;
(ii) recommend policies for the purpose of promoting economy, efficiency, and effectiveness in the administration of such programs and operations;
(iii) conduct activities to prevent and detect fraud and abuse in such programs and operations, and;
(iv) carry out the additional investigative responsibilities and authorities transferred to the Inspector General by P.L. 95-452, as they relate to labor-management relations, internal union affairs, and labor benefit plans.



The seal of the Department of Labor, Office of Inspector General is affixed hereto, and the undersigned hereby issues this subpoena this 20TH day of April 2005.

_George J. O___
Deputy Inspector General