United States Home                                                    | Custom

# FedEx.

**Search**

| Package/Envelope Services | Office/Print Services | Freight Services | Expedited Servi |

| Ship | **Track** | Manage My Account | International Tools |

## Track Shipments
## Detailed Results

🖶 Printable Version    ❓ Quick Help

You can also track:
- By TCN
- FedEx Trac shipments
- By Email Tr
- By FedEx V Solutions

| | | | |
|---|---|---|---|
| Tracking number | 792905492410 | Reference | 11-0401-0019-PC |
| Signed for by | M.DENT | Delivery location | Oxon Hill, MD |
| Ship date | Apr 25, 2005 | Delivered to | Residence |
| Delivery date | Apr 27, 2005 12:34 PM | Service type | Standard Envelope |
| | | Weight | 0.5 lbs. |

Status                Delivered

Wrong Address?
Reduce future mistal
FedEx Address Che

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Apr 27, 2005 | 12:34 PM | Delivered | Oxon Hill, MD | |
| | 8:21 AM | On FedEx vehicle for delivery | CROFTON, MD | |
| Apr 26, 2005 | 8:09 PM | At local FedEx facility | CROFTON, MD | |
| | 12:11 PM | Delivery exception | CROFTON, MD | Customer not available or business closed |
| | 8:17 AM | On FedEx vehicle for delivery | CROFTON, MD | |
| | 7:35 AM | At local FedEx facility | CROFTON, MD | |
| | 3:01 AM | At dest sort facility | BALTIMORE, MD | |
| Apr 25, 2005 | 8:57 PM | Left origin | WASHINGTON, DC | |
| | 3:06 PM | Picked up | WASHINGTON, DC | |
| | 10:06 AM | Package data transmitted to FedEx | | |

Shipping Freight?
FedEx has LTL, air
surface and air exp
multi piece package
and ocean freight.

[ Signature proof ]    [ Track more shipments ]

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click Send email.

From                                        Add a message to this email.

To

[ Send email ]

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx